

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00568-CV

John Brad **OSBURN,**
Appellant

v.

Scott **BAKER,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-144
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

    The Appellant's Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to November 25, 2019.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk